IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 95-cr-00184-RPM-01

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

TRAVIS E. EDWARDS,

   Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE UNSUCCESSFULLY**

---

  THIS MATTER was before the Court upon report of the probation officer regarding the defendant violating the conditions of supervised release.

  On July 12, 2013, the defendant was sentenced in Denver District Court Case No. 12CR2075 to four (4) years in the Department of Corrections, which was suspended on the condition that the defendant successfully complete two (2) years Intensive Supervision Probation and 90 days jail. On August 19, 2013, the defendant was sentenced in Arapahoe County Case No. 12CR1372 to 30 days jail. These offenses were committed during the defendant's term of supervised release. Based on these convictions and the term of probation that the defendant is subject to, it is

  ORDERED that the defendant's supervised release is terminated immediately for unsatisfactory compliance.

  DATED at Denver, Colorado, this _17_ day of October, 2013.

          BY THE COURT:

          _____
          Richard P. Matsch
          Senior United States District Judge